UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MELISSA NELSON, individually and on behalf of all others similarly situated,<br><br>              Plaintiff,<br><br>- against -<br><br>ARBY'S RESTAURANT GROUP INC.,<br><br>              Defendant. | 1:24-cv-08616-KAM-JAM<br><br><br>**NOTICE OF<br>VOLUNTARY DISMISSAL** |

Melissa Nelson ("Plaintiff"), through Counsel, gives notice that this action is voluntarily dismissed. Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: January 22, 2025

*[signature]*
KIYO A. MATSUMOTO
United States District Judge
Eastern District of New York
January 22, 2025

Respectfully submitted,

Sheehan & Associates, P.C.
/s/Spencer Sheehan
Spencer Sheehan
spencer@spencersheehan.com
60 Cuttermill Rd Ste 412
Great Neck NY 11021
Tel: (516) 268-7080

## Certificate of Service

I certify that on January 22, 2025, I served and/or transmitted the foregoing by the method below to the persons or entities indicated, at their last known address of record (blank where not applicable).

|  | CM/ECF | First-Class Mail | Email | Fax |
|---|---|---|---|---|
| Defendant's Counsel | ☒ | ☐ | ☐ | ☐ |
| Plaintiff's Counsel | ☒ | ☐ | ☐ | ☐ |
| Courtesy Copy to Court | ☒ | ☐ | ☐ | ☐ |

/s/ Spencer Sheehan